Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff, and all others similarly situated*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM COLLINS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CONSUMER CREDIT CARD RELIEF, LLC; JENSSEN VARELA; LUIS VECCHI; and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No.  2:17-cv-06251-TJH-JC <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby voluntarily dismisses this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint. Each party shall bear their own costs and fees. Defendants have neither answered Plaintiff's Complaint, nor filed a motion for

summary judgment. Accordingly, this matter may be dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class and without an Order of the Court.

                Respectfully submitted this 18th day of December, 2017

                By: s/Todd M. Friedman, Esq.
                TODD M. FRIEDMAN
                Attorney for Plaintiffs

Filed electronically on this 18th day of December, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Terry J. Hatter
United States District Court
Central District of California

And all Counsel of Record on the electronic service list.

This 18th of December, 2017

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN